JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| QIWEN CHEN, | Case No.: 2:17-cv-6119-SJO(AFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., | |
| Defendant. | |

IT IS ORDERED AND ADJUDGED:

    Judgment is hereby entered in favor of Defendant against Plaintiff.

SO ORDERED this __9th__ day of __August__, 2018.

*S. James Otero*
_____
Hon. S. James Otero
United States District Judge